## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

**BOOKER E. LOYDEN,**          **CIVIL DOCKET NO.  1:20-CV-01121-P**
**Petitioner**

**VERSUS**                     **JUDGE DAVID C. JOSEPH**

**DARREL VANNOY,**             **MAGISTRATE JUDGE JOSEPH H.L.**
**Respondent**                 **PEREZ-MONTES**

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 6), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Petition for Writ of Habeas Corpus (ECF No. 1) is DISMISSED for lack of jurisdiction, WITH PREJUDICE as to the jurisdictional issue, and WITHOUT PREJUDICE as to the merits of the Petitioner's claim.

THUS DONE AND SIGNED in Chambers, this 24th day of November, 2020.

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE